**The below described is SIGNED.**



**Dated: March 15, 2006**  _____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## IN THE CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| **Cynthia Clay,** | Bankruptcy Number 05-80043 |
| Debtor. | Chapter 13 |

### ORDER DENYING TRUSTEE'S OBJECTION TO CONFIRMATION

Based upon the Court's Memorandum Opinion, dated March 15, 2006, and good cause appearing,

It is **ORDERED** as follows:

1. The Trustee's Objection to Confirmation is OVERRULED as it relates to the direct pay issue.

_____End of Document_____

Service of the foregoing **ORDER DENYING TRUSTEE'S OBJECTION TO CONFIRMATION** will be effected through the Bankruptcy Noticing Center to each party listed below.

Kevin Anderson
OFFICE OF CHAPTER 13 TRUSTEE
32 Exchange Place, Suite 600
Salt Lake City, Utah 84111

David Berry
BERRY & TRIPP, P.C.
5296 South 300 West, #200
Salt Lake City, UT 84107

Cynthia Clay
2636 S. Melville Drive
Magna, Utah 84044

Sanford Barrett
Whatcott, Barrett & Hagen PC
1846 South 300 West
Salt Lake City, UT 84115

All parties and addresses appearing on the mailing matrix.

